COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:                01-11-00975-CR

Style:                          Steve Olivares

                                 **v** The State of Texas

Date motion filed[*]:       November 28, 2012

Type of motion:          Motion for extension of time to file brief filed

Party filing motion:       Appellant

Document to be filed:    Brief

Is appeal accelerated?    No

If motion to extend time:

      Original due date:

      Number of previous extensions granted:            Current Due date:

      Date Requested:

Ordered that motion is:

On June 11, 2012, court reporter Kelly Kelly was ordered to deliver the complete reporter's record in this appeal to the Clerk of this Court, or an order to show cause against her might issue. Kelly purported to file the complete record in the appeal on July 25, 2012. Appellant has now filed a motion for extension of time to file the brief, indicating that one of the volumes of the reporter's record, the voir dire proceeding, is missing.

Accordingly, Kelly Kelly is ORDERED to file the reporter's record of the voir dire proceedings with the Clerk of this Court **no later than 5 days from the date of this order.** Texas Rule of Appellate Procedure 9.2(b), the mailbox rule, is suspended and does not apply to this deadline. **If the reporter's record is not filed by the deadline stated above, then this Court may issue a show cause order for Kelly to appear and show cause why she should not be punished for contempt.** The Clerk of this Court is directed to fax this order to Kelly Kelly upon issuance of this order, in addition to providing the usual notifications.

Appellant's brief is due 30 days after the reporter's record is filed in this Court.

Judge's signature: /s/ Rebeca Huddle

              ☑ Acting individually               ☐ Acting for the Court

Panel consists of  _____

Date: December 10, 2012

November 7, 2008 Revision